## TRIBBLE V. THE STATE.

*Motion to Retax Cost.*

(Decided May 19th, 1906.  41 So. Rep. 183.)

APPEAL from Limestone Circuit Court.

Heard before Hon. D. W. SPEAKE.

M. K. CLEMENTS, for appellant.  MASSEY WILSON, Attorney-General, for State.

Affirmed.  Opinion by TYSON, J.

WEAKLEY, C. J., and SIMPSON and ANDERSON, JJ., concur.